

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-19-00150-CR

---

LOWELL THOMAS REDDEN, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 40208-A

---

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Appellant Lowell Thomas Redden was convicted of aggravated assault with a deadly weapon and sentenced to six years' imprisonment. Redden has appealed from that conviction and the resulting sentence. On January 10, 2020, Redden's court-appointed appellate counsel, Natalie A. Anderson, filed an *Anders*[1] brief, and on February 18, 2020, Redden filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Redden's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Redden's access to the record.

On February 19, 2020, Anderson advised this Court that she would mail a complete paper copy of the appellate record to Redden. Allowing fifteen days for the record to be delivered to Redden and giving him thirty days to prepare his pro se response, we hereby set April 6, 2020, as the deadline for Redden to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        February 25, 2020

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).